THE PEOPLE *v.* DÍAZ ET AL.

APPEAL from the District Court of Guayama.

MOTION of the *Fiscal* for dismissal of the appeal.

No. 434.—Decided October 8, 1912.

CRIMINAL LAW—APPEAL—NOTICE OF APPEAL—PRESUMPTION.—It is the established practice of this court to consider the date borne by a notice of appeal as the date of its filing in the office of the secretary of the trial court unless the contrary is shown clearly. Therefore, when in a criminal case it is shown *prima facie* that the appeal was taken in time this court will not dismiss the

appeal because the notice thereof does not show the date of its filing in the office of the secretary unless the *fiscal* shows that this court is without jurisdiction.

ID.—APPEAL—NOTICE OF APPEAL—PRESUMPTION.—When the *fiscal* appears in this court after the transcript of the record has been remitted by the court below and makes any motion the object of which is not the dismissal of the appeal, it will be presumed that the notice of appeal was served in due form.

The facts are stated in the opinion.

*Mr. Charles E. Foote, Fiscal,* for petitioner.

*Messrs. Luis Muñoz Morales, J. Henri Brown, Martin Travieso, Nemesio R. Canales* and *Luis Llorens Torres* for adverse party.

MR. JUSTICE WOLF delivered the opinion of the court.

This court in its practice has assumed that a paper like a notice of appeal, when dated, bears on its face the true date of its filing, except where the contrary manifestly appears. Likewise in civil cases the burden has been cast upon the appellee to show that the appeal was not duly taken. Hence, where in a criminal case there is a *prima facie* showing of an appeal taken in due time and where the secretary of the court below is charged with the duty of remitting the transcript this court will not dismiss unless there is a showing on the part of the *fiscal* that this court is in fact without jurisdiction.

Where the *fiscal* appears in this court after the record is remitted here by the secretary of the court below and makes any motion with respect thereto that is not for a dismissal, it will be presumed that the proper officer has been duly notified of the appeal.

*Motion overruled.*

Chief Justice Hernández and Justices MacLeary, del Toro and Aldrey concurred.